# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 7, 2017

### NO. 03-15-00034-CV

**Juan O. Lopez d/b/a J.L. Construction Co., Appellant**

**v.**

**Dave H. Bucholz and Mary A. Bucholz, Appellees**

**APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
AFFIRMED IN PART, REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on January 14, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. The Court affirms the portions of the trial court's judgment regarding the claim of appellant Juan O. Lopez d/b/a J.L. Construction Co. for a suit on a sworn account and regarding the declaration that "Any Affidavit for Constitutional Mechanic and Materialman's lien filed by Juan O. Lopez related to this case is hereby declared void." In all other respects, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.